# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.  Nicole D. Hilliard  Docket No.  2:10CR00090-001

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant, Nicole D. Hilliard, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington , on the 16th day of November 2010, under the following conditions:

**Condition #25:** Defendant shall participate in an intensive inpatient treatment program.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Nicole D. Hilliard is considered in violation of her conditions of pretrial supervision by being unsuccessfully discharged from inpatient treatment on January 24, 2011.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

| | |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on: 01/24/2011 |
| by | s/Shawn D. Kennicutt |
| | Shawn D. Kennicutt<br>U.S. Probation Officer |

---

THE COURT ORDERS

[ ] No Action  
[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Other

    S/ CYNTHIA IMBROGNO

    Signature of Judicial Officer

    1/24/11

    Date