```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )    No. CR-10-090-FVS
                             )
          Plaintiff,         )    ORDER GRANTING
                             )    MOTION TO MODIFY
v.                           )
                             )
NICOLE D. HILLIARD,          )
                             )
          Defendant.         )
_____)
```

Before the court is Defendant Nicole Hilliard's Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Hilliard's Motion **(ECF No. 81)** is **GRANTED,** provided Pretrial Services approves her residence plan. Ms. Hilliard shall be permitted to reside with her family prior to sentencing, from June 12 to June 13, 2011. She shall submit to a urinalysis on the morning of June 13, 2011, as directed by Pretrial Services and visit her family within the parameters permitted by Pretrial Services. She shall have no contact with known convicted felons. All other conditions of release shall remain.

**IT IS SO ORDERED.**

DATED May 26, 2011.

                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY - 1